## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WAUSAU PAPER TOWEL & TISSUE, LLC | : | No. _____ |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| ALLIANCE PAPER COMPANY, INC., | : | JURY TRIAL DEMANDED |
| Defendant | : | |

## COMPLAINT

Plaintiff, Wausau Paper Towel & Tissue, LLC, alleges as follows:

## THE PARTIES

1.      Plaintiff, Wausau Paper Towel & Tissue, LLC ("Wausau"), is a limited liability company organized and existing under the laws of Wisconsin and having a principal place of business at 100 Paper Place, Mosinee, Wisconsin.

2.      On information and belief, Defendant Alliance Paper Company, Inc. ("Alliance"), is a corporation organized and existing under the laws of Massachusetts and having a principal place of business at 168 Stevens Street, Fall River, Massachusetts 02721.

## JURISDICTION AND VENUE

3.      This is a case for patent infringement arising under the Acts of Congress relating to patents, 35 U.S.C. §§ 271, 282-285.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4.      Jurisdiction is proper because, on information and belief, Alliance transacts business in this judicial district, including the sale and offering for sale of its products, has committed acts of infringement in this judicial district, and has sufficient contacts with this judicial district to subject itself to the jurisdiction of this Court.

5.      Venue is proper in this district under 28 U.S.C. § 1319(b) and (c) and 28 U.S.C. § 1400(b).

## **BACKGROUND**

6.      Wausau is engaged in the business of manufacturing and selling various paper towel and tissue products, including paper roll products, to customers around the world.

7.      On December 10, 2002, United States Patent No. 6,491,251 ("the '251 patent"), entitled "Double Core Tissue Roll, Dispenser and Method" was duly and legally issued to Wausau as an assignee of the inventors, Mark Harrison Stanland, Steven M. Slye, Douglas E. Bagan, Alain P. Cotnoir, Randy A. Baughman, and Adam T. Elliott.

8.      Wausau is the owner of the entire right, title, and interest in and to the '251 patent, and has been and continues to be the owner.  A copy of the '251 patent is attached as Exhibit A.

9.      On November 18, 2003, United States Patent No. 6,648,267 ("the '267 patent), entitled "Double Core Tissue Roll, Dispenser and Method" was duly and legally issued to Wausau as an assignee of the inventors, Mark Harrison Stanland, Steven M. Slye, Douglas E. Bagan, Alain P. Cotnoir, Randy A. Baughman, and Adam T. Elliott.

10.      Wausau is the owner of the entire right, title, and interest in the '267 patent, and has been and continues to be the owner.  A copy of the '267 patent is attached as Exhibit B.

11.      These patents are directed at paper roll products with spaced core sections, including a process for making paper roll products with spaced core sections.

12.      Alliance is engaged in the business of manufacturing, importing, using, selling, and/or offering for sale paper roll products with space core sections.  On information and belief,

Alliance purposefully manufactures and/or imports paper roll products with spaced core sections from abroad and sells them throughout the United States.  An Internet page displaying the product and photographs of a sample accused paper roll product with space core sections, sold with a product number 402882 and labeled with the descriptors "2 PLY BATH TISSUE" and "Split Core," and the label on the packaging are attached hereto as Exhibit C.

13.     On information and belief, the paper roll products with spaced core sections are made by unlawfully performing the claimed processes as disclosed in the '251 and '267 patents.

14.     On information and belief, Alliance manufactures and/or imports the paper roll products with spaced core sections manufactured by practicing the claimed processes in the '251 and '267 patents outside the United States and without permission from Wausau.

15.     On information and belief, the foreign manufacturer's activities would directly infringe, contribute to the infringement of, and/or induce infringement of the '251 and '267 patents through the performance of the claimed process in the United States.

<u>**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 6,491,251**</u>

16.     Wausau restates the allegations set forth in paragraphs 1-15 and incorporates them herein by reference.

17.     By virtue of its ownership of the '251 patent, Wausau maintains the right to sue thereon and the right to recover for infringement thereof.

18.     On information and belief, Alliance has imported, manufactured, sold, and/or used, without Wausau's consent, paper roll products with spaced core sections that are made by practicing the claimed invention of the '251 patent outside the United States.  The importation of an article made by an infringing process constitutes an act of infringement under Section 271(g).

19.     On information and belief, a foreign entity manufactures the paper roll products with spaced core sections abroad by using the claimed process of the '251 patent outside the United States.

20.     On information and belief, the products made using the patented process abroad are neither materially changed by subsequent process(es) nor do they constitute a trivial and nonessential component of another product.

21.     Through the actions described above, Alliance has infringed, and continues to infringe, at least claims 1 and 14-17 of the '251 patent.

22.     Wausau has complied with 35 U.S.C. § 287 by marking its packaging with the '251 patent.

23.     Wausau has no adequate remedy for infringement because the use, offer for sale, and/or sale of the paper roll products with spaced core sections in the United States results from use of the claimed process infringing the '251 patent abroad.

24.     Wausau has been damaged by Alliance's infringement of the '251 patent and will continue to be damaged in the future unless Alliance is permanently enjoined from infringing the patent.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 6,648,267

25.     Wausau restates the allegations set forth in paragraphs 1-24 and incorporates them herein by reference.

26.     By virtue of its ownership of the '267 patent, Wausau maintains the right to sue thereon and the right to recover for infringement thereof.

27.     On information and belief, Alliance has imported, manufactured, sold, and/or used, without Wausau's consent, paper roll products with spaced core sections that are made by practicing the claimed invention of the '267 patent outside the United States.  The importation of an article made by an infringing process constitutes an act of infringement under Section 271(g).

28.     On information and belief, a foreign entity manufactures the paper roll products with spaced core sections abroad by using the claimed process of the '267 patent outside the United States.

29.     On information and belief, the products made using the patented process abroad are neither materially changed by subsequent process(es) nor do they constitute a trivial and nonessential component of another product.

30.     Through the actions described above, Alliance has infringed, and continues to infringe, at least claims 5-10 of the '251 patent.

31.     Wausau has complied with 35 U.S.C. § 287 by marking its packaging with the '267 patent.

32.     Wausau has no adequate remedy for infringement because the use, offer for sale, and/or sale of the paper roll products with spaced core sections in the United States results from use of the claimed process infringing the '267 patent abroad.

33.     Wausau has been damaged by Alliance's infringement of the '267 patent and will continue to be damaged in the future unless Alliance is permanently enjoined from infringing the patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment that:

A.      United States Patent Nos. 6,491,251 and 6,648,267 were duly and legally issued, are valid and enforceable;

B.      The Defendant Alliance Paper Company, Inc. has infringed one or more claims of the United States Patent Nos. 6,491,251 and 6,648,267;

C.      The Defendant Alliance Paper Company, Inc., its officers, agents, servants, and employees, and those persons in active concert or participating with it be enjoined from further infringing United States Patent Nos. 6,491,251 and 6,648,267;

D.      An accounting be had and the Plaintiff, Wausau Paper Towel & Tissue, LLC, be awarded damages arising out of the Defendant Alliance Paper Company, Inc.'s infringement of United States Patent No. 6,491,251 and 6,648,267 with interest;

E.      The Defendant Alliance Paper Company, Inc. be permanently enjoined from continued use, importation, offer for sale, or sale of the products that infringe the patents in suit;

F.      This case be adjudged and declared exceptional pursuant to 35 U.S.C. § 285 and that Plaintiff, Wausau Paper Towel & Tissue, LLC, be awarded its costs and attorney's fees in pursuing this action; and

G.      Plaintiff, Wausau Paper Towel & Tissue, LLC, be awarded such other and further relief as this Court may deem necessary and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, Wausau Paper Towel & Tissue, LLC, hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

_/s/ Brian T. Moriarty_

Brian T. Moriarty, BBO# 665,995
HAMILTON, BROOK, SMITH &
REYNOLDS, P.C.
Attorneys for the Plaintiff
155 Seaport Blvd.
Boston, MA  02210
Phone:  617-607-5900
Email:   brian.moriarty@hbsr.com

**OF COUNSEL:**

Alan W. Kowalchyk
Eric R. Chad
Merchant & Gould, P.C.
3200 IDS Center
80 South Street
Minneapolis, MN  55402
(612) 336-4620

DATED:  January 28, 2016

# EXHIBIT A



US006491251B1

(12) **United States Patent**   (10) **Patent No.:** **US 6,491,251 B1**
Stanland et al.   (45) **Date of Patent:** **Dec. 10, 2002**

(54) **DOUBLE CORE TISSUE ROLL, DISPENSER AND METHOD**

(75) Inventors: **Mark Harrison Stanland**, Lexington, KY (US); **Steven M. Slye**, Harrodsburg, KY (US); **Douglas E. Bagan**, Harrodsburg, KY (US); **Alain P. Cotnoir**, Danville, KY (US); **Randy A. Baughman**, Harrodsburg, KY (US); **Adam T. Elliott**, Lexington, KY (US)

(73) Assignee: **Bay West Paper Corporation**, Harrodsburg, KY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/521,834**

(22) Filed: **Mar. 9, 2000**

(51) Int. Cl.$^7$ ............................................. **B65H 19/00**
(52) U.S. Cl. .................................... **242/559.2**; 242/613
(58) Field of Search ............................. 242/559.2, 600, 242/613, 160.4, 160.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,108,855 A | * | 8/1914 | Simons ...................... 242/600 |
| 1,716,812 A | * | 6/1929 | Ball ........................ 242/559.2 |
| 2,299,626 A | | 10/1942 | Hunt |
| 2,703,681 A | * | 3/1955 | Jacobs ..................... 242/559.2 |
| 2,726,823 A | | 12/1955 | Jespersen |
| 2,905,405 A | | 9/1959 | Burton et al. |
| 3,084,006 A | | 4/1963 | Roemer |
| 3,085,762 A | * | 4/1963 | Subklew .................. 242/559.2 |
| 3,126,234 A | | 3/1964 | Batlas et al. |
| 3,211,504 A | * | 10/1965 | Bump ........................ 242/560 |
| 3,214,014 A | | 10/1965 | Perrin |
| 3,294,329 A | | 12/1966 | Tucker et al. |
| 3,381,909 A | | 5/1968 | Tucker et al. |
| 3,387,902 A | | 6/1968 | Perrin et al. |
| 3,433,355 A | | 3/1969 | Smith |
| 3,437,388 A | * | 4/1969 | Jespersen ................. 242/596.7 |
| 3,650,487 A | | 3/1972 | Bahnsen |
| 4,108,513 A | | 8/1978 | Lander |
| 4,108,547 A | * | 8/1978 | Stemmle ...................... 355/50 |
| 4,522,346 A | | 6/1985 | Jespersen |
| 4,557,426 A | | 12/1985 | Siciliano |
| 4,903,909 A | * | 2/1990 | Suzuki .................... 242/559.2 |
| 5,236,141 A | | 8/1993 | Kewin |
| 5,310,129 A | | 5/1994 | Whittington et al. |
| 5,605,001 A | * | 2/1997 | Derk ........................... 40/518 |
| 5,636,812 A | | 6/1997 | Conner et al. |
| 5,749,538 A | | 5/1998 | Brown et al. |
| 5,829,713 A | | 11/1998 | Kewin |
| 5,833,169 A | | 11/1998 | Morand |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| GB | 2245882 | * | 1/1992 | ............. 242/559.2 |
| NL | 8602194 | * | 3/1988 | ............. 242/559.2 |

* cited by examiner

*Primary Examiner*—Emmanuel M. Marcelo
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57) **ABSTRACT**

An improved web material dispenser that is designed to dispense web material, such as toilet tissue or the like. The dispenser is able to retain a roll containing tissue at a dispensing position until the tissue has been exhausted from the roll. The dispenser senses that the tissue is exhausted from the roll, and only then permits a reserve roll to be rotated into a dispensing position. Thus, the dispenser ensures that the tissue from each roll is used up before permitting access to a reserve roll. The invention also provides a new web material roll that utilizes a "double core", as well as a method of making the "double core".

**21 Claims, 5 Drawing Sheets**





FIG 1







FIG.10

FIG.  12



FIG.  11



US 6,491,251 B1

**1**

## DOUBLE CORE TISSUE ROLL, DISPENSER AND METHOD

### FIELD

This invention relates to the dispensing of web material such as toilet tissue, paper towels and the like, from rolls of web material contained within a dispenser. This invention further relates to improved rolls that contain web material for use with a dispenser, and to methods of forming such rolls. The inventive concepts will be described hereinafter primarily in relation to toilet tissue dispensers and toilet tissue rolls. It is to be realized that the inventive concepts described herein have applications to other types of web materials in addition to toilet tissue, including, but not limited to, paper towels.

### BACKGROUND

There has been continuing effort over the years to provide toilet tissue dispensers that store multiple rolls of toilet tissue and sequentially dispense the rolls. One of the advantages provided by these types of dispensers is that a reserve roll (or rolls) is available as a replacement for the roll that is currently in use.

To avoid tissue waste, it is important that the roll currently in use be depleted to its fullest extent before allowing the user to access a replacement roll. Devices that attempt to achieve such a result using a variety of methods are known in the prior art, as exemplified in U.S. Pat. Nos. 3,294,329; 3,381,909; 3,387,902; 4,108,513; 4,522,346; 4,577,426; 5,310,129; 5,636,812; and 5,749,538.

There is, however, a continuing need for improved toilet tissue dispensers that inhibit access to a replacement roll until the roll currently in use is depleted.

### SUMMARY

The invention provides an improved web material dispenser that is designed to dispense web material, such as toilet tissue or the like. The web material dispenser comprises a housing, with a spider rotatably mounted within the housing for rotation about an axis extending through a center of the spider. A plurality of spools are connected to the spider and project therefrom in a direction parallel to the rotation of the spider axis. The spools are rotatable with the spider along a rotational path spaced from the axis. A core stop is fixed to the housing, with the core stop crossing the rotational path of the spools to prevent rotation of the spider until the tissue has been substantially depleted or exhausted from the roll.

In addition to the web material dispenser, the invention provides an improved web material roll for use in the inventive web material dispenser described herein or in other web material dispensers, as well as a method of making the roll.

In one version as claimed, a web material roll includes first and second core sections, with the core sections being spaced apart from each other to define a gap therebetween. In addition, a web material is wound onto the core sections.

A method of forming a core for this type of web material roll comprises providing an elongate, generally cylindrical tube having a longitudinal axis; cutting the tube into a plurality of generally cylindrical sections, with each of the sections having a length approximately equal to a width of web material to be wound onto the roll; and removing a predetermined length from proximate the center of at least

**2**

one of the sections to form first and second core sections, whereby the combined length of the first and second core sections is less than the width of the web material to be wound thereon.

These and various other advantages and features of novelty which characterize the invention are pointed out with particularity in the claims annexed hereto and forming a part hereof. However, for a better understanding of the invention, its advantages and objects obtained by its use, reference should be made to the drawings which form a further part hereof, and to the accompanying description, in which there is described a preferred embodiment of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front view of the web material dispenser, with the front housing portion open relative to the rear housing portion to show the interiors thereof and with the spider and core stop removed from the rear housing portion.

FIG. 2 is a front view of the rear housing portion showing the spider and core stop.

FIG. 3 is a side view of the core stop and the roll at the dispensing position, viewed generally in the direction 3—3 in FIG. 2.

FIG. 4 is a view similar to FIG. 2 showing rotation of the spider upon depletion of the web material from the roll at the dispensing position.

FIG. 5 is a cross-sectional view of the core stop and core taken along line 5—5 in FIG. 4.

FIG. 6 illustrates a dispenser using a second embodiment of a core stop.

FIG. 7 is a side view of the core stop and the roll at the dispensing position, viewed generally in the direction 7—7 in FIG. 6.

FIG. 8 is a view similar to FIG. 6 showing rotation of the spider upon depletion of the web. material from the roll at the dispensing position.

FIG. 9 is a cross-sectional view of the core stop and core taken along line 9—9 in FIG. 8.

FIG. 10 illustrates a tube that is used to form the core of the web material roll.

FIGS. 11 and 12 are a side view and a perspective view, respectively, of the web material roll utilizing a core that is formed from the tube in FIG. 10.

### DETAILED DESCRIPTION

The web material rolls and the methods of making the rolls will first be described by referring to FIGS. 10–12. The web material roll and related method described herein are specifically directed to rolls of toilet tissue. However, it is to be realized that the inventive concepts could be used in relation to other types of web material rolls that have a core and a web material wound onto the core, such as paper towel rolls. In addition, the inventive web material rolls are described as being used on the inventive web material dispensers described herein. It is to be realized that the web material rolls could be used with other types of web material dispensers in addition to the dispensers described herein.

FIGS. 10–12 illustrate the toilet tissue roll and method of forming the core thereof. This roll uses what can be referred to as a "double core". Initially, as illustrated in FIG. 10, an elongate, generally cylindrical tube 12 having a longitudinal axis A—A is provided. The tube 12 is then cut at points 14$a$, 14$b$, . . . 14$n$ to form a plurality of equal length sections 16$a$, 16$b$, . . . 16$n$ having a width approximately equal to the

US 6,491,251 B1

**3**

width of toilet tissue. A portion **18** (shown in hatched lines) proximate the center of each section **16a–n** is then removed by cutting to form core two core sections **20a, 20b**. The combined length of the core sections **20a, 20b** is thus less than the width of the toilet tissue to be wound onto the core sections **20a, 20b**. In one implementation, the portion **18** that is removed from each section **16a–n** preferably has a length l of approximately 2.0 ,inches, so that the combined length of the core sections **20a, 20b** is approximately 2.0 inches shorter in length than the tissue to be wound thereon. The tube **12** can have any convenient length from which a plurality of core sections can be formed, such as a length of approximately 115.0 inches.

Once the core sections **20a, 20b** are formed, toilet tissue **22** is wound onto the core sections **20a, 20b** with the core sections **20a, 20b** being spaced apart from each other, as is evident from FIGS. **11** and **12** which illustrate a subsequently formed toilet tissue roll. As is further evident from FIGS. **11** and **12**, the core sections **20a, 20b** include ends **24a, 24b** that face each other and which are spaced apart by approximately the distance I thereby forming a gap **25**. The core sections **20a, 20b** further include ends **26a, 26b** that are even with the opposite side surfaces **28** of the tissue **22**. Thus, there is a portion of the tissue **22** approximately midway between the side surfaces **28** that is not core supported due to the gap **25** between the ends **24a, 24b** of the core sections **20a, 20b**. The gap **25** between the core sections **20a, 20b** remains until such time as the tissue **22** is substantially depleted from the roll.

As will be described below, the gap **25** between the core sections **20a, 20b** facilitates sensing that the tissue is substantially depleted or exhausted from the roll. It is to be realized that the core sections **20a, 20b** could be formed using methods other than that described above. For instance, instead of removing a single portion at the center of each section, portions could be removed from each end of a section and the section then cut in half to thereby form the core sections.

One implementation of a web material dispenser **50** is illustrated in FIGS. **1–5**. With reference to FIG. **1**, the dispenser **50** includes a rear housing portion **52** and a front housing portion **54** pivotally connected to the rear housing portion **52** at the bottom ends thereof via pivots **56**. The housing portions **52, 54** include cooperating locking structures **58a, 58b** at the top ends thereof, by which the housing portions **52, 54** can be locked together to form an enclosure for a plurality of rolls of toilet tissue.

The housing portions **52, 54** are generally circular in shape, with each including a generally circular end wall **60, 62** and a generally circular sidewall **64, 66**. The end walls **60, 62** and sidewalls **64, 66** combine to form an interior space when the housing portion **54** is pivoted upward from the position shown in FIG. **1** and connected to rear housing portion **52**, via the locking structures **58a, 58b**. When the housing portions **52, 54** are locked together, the end walls **60, 62** face each other and the sidewalls **64, 66** fit together to form an enclosure. A dispensing opening **70** is formed by the sidewalls **64, 66** at the bottoms thereof through which tissue from one of the tissue rolls is dispensed.

The end wall **60** of the housing portion **52** is further provided with a plurality of slots **72** by which the housing portion **52** can be mounted to a wall or other fixed structure using bolts, screws or other suitable fasteners.

With reference to FIGS. **2** and **4**, a spider **78** is rotatably mounted on the rear housing portion **52** for rotation about a central axis B in a clockwise direction as shown by the

**4**

arrows in FIGS. **2** and **4**. The spider **78** is generally circular in shape and includes a central boss **80** projecting from the center thereof parallel to the rotation axis B and toward the front housing portion **54**. The boss **80** is sized to rotatably fit over a cylindrical hub **82** (best seen in FIG. **1**) that projects from the end wall **60** of the rear housing portion **52** in the direction of the axis B. The boss **80** and hub **82** are preferably secured together via a snap fit connection that detachably connects the boss **80** and hub **82** together while permitting rotation of the boss **80**, and thus the spider **78**, on the hub **82**.

In addition, an x-shaped formation **90**, visible in FIGS. **1, 2** and **4**, projects from the top end of the boss **80**. Further, an actuation disk **92**, shown in dashed lines in FIG. **1**, is rotatably mounted on the front housing portion **54**. The disk **92** is disposed on the exterior side of the end wall **62** whereby the disk is accessible from outside the housing **52, 54** by a user in order to rotate the spider **78**. A plurality of circumferentially spaced fingers **94** project rearwardly from the disk **92** toward the rear housing portion **52**, with a gap between each adjacent finger **94**. The x-shaped formation **90** and the fingers **94** are sized such that they engage when the front housing portion **54** is pivoted to the closed position relative to the rear housing portion **52**, with x-shaped formation **90** disposed within the gaps between the fingers **94**. With this construction, rotation of the disk **92** causes rotation of the spider **78**. A pair of diametrically opposite fingers **94** each include a shoulder **96** formed thereon which fit over a boss **98** projecting from the interior surface of the end wall **62** so as to rotatably secure the disk **92** to the end wall **62**.

Returning to FIGS. **2** and **4**, the spider **78** is shown to include a plurality of spools **100a–d**, in this instance four spools, projecting from the spider **78** parallel to the axis B, with the spools disposed adjacent to the circumference of the spider **78**. The spools **100a–d** are spaced at 90 degree intervals around the spider **78**. However, it would be possible to use a larger or lesser number of spools, depending upon the size of the tissue rolls and the needs of the consumer, in which case the spools would be spaced at intervals of 360 degrees divided by the number of spools. Each spool **100a–d** is sized to receive thereon a tissue roll **102**.

As shown in FIGS. **2** and **4**, the circumference of the spider **78** is provided with a plurality of detents **104**. Preferably, there is one detent **104** for each spool **100a–d** disposed on the spider **78**. A resilient indexing finger **106** is fixed at a first end thereof to the rear housing portion **52** and the second end thereof extends toward the spider for engagement within one of the detents **104**. When the end of the finger **106** engages in a detent **104**, rotation of the spider **78** in a counterclockwise direction is prevented, and one roll **102** is held at a dispensing position while a second roll **102** is at a reserve position (see FIG. **2**). However, rotation of the spider **78** in a clockwise direction is selectively permitted, as described below.

A core stop **110** is further fixed to the rear housing portion **52** and extends along a radial axis toward the boss **80** of the spider **78** and into the rotation path of the spools **100a–d** and rolls **102**. The rotation path of the spools **100a–d** is shown in dashed lines in FIG. **4**, and includes an outer rotation path $P_o$ defined by the radially outermost point of the spools **100a–d** as the spider rotates, an inner rotation path $P_i$ defined by the radially innermost point of the spools, and a central rotation path $P_c$ defined by the central point of the spools. As used herein, rotation path is meant to include at least one of the paths $P_o$, $P_c$, and $P_i$.

US 6,491,251 B1

**5**

The core stop **110**, as best seen in FIG. **5**, includes a first portion **112** extending parallel to the spools **100**a–d and a second portion **114** that extends perpendicular to the spools. The second portion **114** extends toward and crosses the outer, central and inner rotation paths of the spools **100**a–d and includes a bottom edge **116** that is spaced a distance d above the spider **78**. Further, as illustrated in FIG. **3**, the second portion **114** includes a front surface **118** that is sloped toward the bottom edge **116** in the direction of rotation of the spider **78**.

With reference to FIGS. **2**–**5**, a "double core" type of roll, such as the roll described in FIGS. **11** and **12**, is loaded onto each spool **100**a–d. The rolls **102** are shown as being mounted onto the spools **100**a–d such that the core sections **20**a are above the core sections **20**b. However, the rolls **102** could be mounted such that the core sections **20**b are positioned above the core sections **20**a.

As shown in FIG. **3**, the distance d$_r$ between the side surfaces **28** of the tissue **22** is greater than the distance d between the bottom edge **116** of the second portion **114** of the core stop **110** and the spider **78**. Thus, the tissue **22** will contact the second portion **114** of the core stop **110**, if a user tries to rotate the spider **78**, and thereby prevent clockwise rotation of the spider **78**. The tissue **22** will retain the core sections **20**a, **20**b in their spaced apart condition until such time as the tissue **22** has been substaritially depleted or exhausted from the roll, and rotation of the spider **78** will be prevented. It is important to realize that the distance d is greater than the length of the spools **100**a–d, as evident from FIG. **5**, such that, during rotation of the spider **78**, the spools can travel under the bottom edge **116** of the core stop **110**.

However, referring to FIGS. **4** and **5**, once the tissue **22** has been substantially depleted or exhausted, if a user rotates the spider **78** in a clockwise direction, the angled front surface **118** will cause the core section **20**a to be forced downward toward the core section **20**b. Thus, as evident from FIG. **5**, the core sections **20**a, **20**b and the spool **100**a can travel under the bottom edge **116** to permit the spider **78** to be rotated so as to bring the next reserve tissue roll into the dispensing position.

Thus, the core stop **110** acts as a means for sensing that the tissue has been exhausted from the roll currently at the dispensing position. Once the tissue has been exhausted, the spider can be manually rotated in the clockwise direction to bring the reserve roll to the dispensing position. Since the reserve roll has tissue thereon, the tissue contacts the core stop **110** and prevents further rotation of the spider until the reserve roll is itself exhausted of tissue.

FIGS. **6**–**9** illustrate another embodiment of a dispenser **150**. The dispenser **150** is similar to the dispenser **150** of FIGS. **1**–**5**, except that the dispenser **150** uses a different core stop **152**. The core stop **152** in FIGS. **6**–**9** is configured to function with the gap **25** between the core sections **20**a, **20**b in order to sense the depletion of tissue from the roll.

With reference to FIG. **9**, it is seen that the core stop **152** includes a vertical portion **154** extending parallel to the spools. A finger **156** projects from the vertical portion **154** approximately midway along the length thereof, and extends along a radial axis toward the boss **80** of the spider **78**. In this embodiment, the distal end of the finger **156** preferably extends at least past the outer rotation path P$_o$, defined by the radially outermost point of the spools **100**a–d, but no further than the central rotation path P$_c$. Preferably, the end of the finger is located adjacent the central rotation path, although the end could be located between the outer and central paths as well. Each spool **100**a–d is formed with a cut-out **158**

**6**

that, when a roll **102** is mounted on each spool, is positioned adjacent the gap **25**. The cut-out **158** is defined over approximately one-half of the circumference of each spool.

The core stop **152** functions as follows. When tissue **22** in the roll **102**, the tissue **22** will contact the finger **156** and rotation of the spider **78** is prevented. The spider will be prevented from rotating as long as tissue remains on the roll. However, once the tissue **22** has been substantially depleted or exhausted, the cut-out **158** will be uncovered, and the finger **156** can then pass through the cut-out **158** in the spool **100**a to permit rotation of the spider to bring the next reserve roll to the dispensing position. Thus, in this embodiment, the core sections **20**a, **20**b remain generally spaced apart.

It is contemplated that rotation of the spider **78** could be caused by a user when a small amount of tissue remains on the roll, in which case sufficient force would need to be applied to overcome the force of the tissue that remains covering the gap **25** and the cut-out **158**. Under most circumstances, the force required to produce such a rotation would be sufficiently large so as to deter rotation until the tissue has been substantially depleted or exhausted.

It is to be realized that the dispensers **50**, **150** described herein could be utilized with tissue rolls other than those described herein and still be in accordance with the principles of the invention. Furthermore, the tissue rolls described herein could be utilized on dispensers other than those described herein and still be in accordance with the principles of the invention.

The above specification, examples and data provide a complete description of the manufacture and use of the composition of the invention. Since many embodiments of the invention can be made without departing from the spirit and scope of the invention, the invention resides in the claims hereinafter appended.

We claim:

1. A method of forming a core for a web material roll, comprising:

providing an elongate, generally cylindrical tube having a longitudinal axis;

cutting the tube into a plurality of generally cylindrical sections, each of said sections having a length approximately equal to a width of web material to be wound onto the roll; and

removing a predetermined length from proximate the center of at least one of said sections to form first and second core sections, whereby the combined length of the first and second core sections is less than the width of the web material to be wound thereon.

2. A web material dispenser, comprising:

a housing;

a spider rotatably mounted within the housing, said spider rotatable about an axis extending through a center of the spider;

a plurality of spools connected to said spider and projecting therefrom in a direction parallel to said axis, said spools being rotatable with said spider along a rotation path spaced from said axis; and

a stop fixed to said housing, said stop configured to cross the rotation path of said spools to engage web material on a web material roll disposed on one of said spools to sense depletion of the web material and permit rotation of said spider when the web material becomes depleted.

3. The web material dispenser according to claim **2**, wherein said stop includes a first portion extending parallel

7                                                           8

to said spools and a second portion extending perpendicular to said first portion and to said spools, said second portion extending toward and crossing a central rotation path of said spools.

**4**. The web material dispenser according to claim **3**, wherein said spools each include a distal end spaced from said spider, and said second portion is spaced from the distal ends of said spools whereby said spools are able to rotate under said second portion.

**5**. The web material dispenser according to claim **4**, wherein each said spool is configured to receive a web material roll thereon, at least one of said web material rolls including first and second core sections, said core sections being spaced apart from each other defining a gap therebetween, and further including a web material wound onto the core sections; wherein the web material wound onto the core sections has side surfaces defining a first distance therebetween, and wherein said first and second core sections have a combined length that is less than said first distance.

**6**. The web material dispenser according to claim **5**, wherein said second portion has a bottom edge that is positioned above the spider a second distance, said second distance being greater than the combined length of said first and second core sections and said second distance being less than said first distance.

**7**. The web material dispenser according to claim **2**, wherein said includes a first portion extending parallel to said spools and a second portion extending perpendicular to said first portion and to said spools, said second portion extending toward and crossing an outer rotation path of said spools.

**8**. The web material dispenser according to claim **7**, wherein said second portion does not cross a central rotation path of said spools.

**9**. The web material dispenser according to claim **7**, wherein said second portion includes an end that is located adjacent to a central rotation path of said spools.

**10**. The web material dispenser according to claim **7**, wherein at least one of said spools includes a cut-out that is positioned to permit passage of said second portion therethrough.

**11**. The web material dispenser according to claim **10**, wherein each said spool is configured to receive a web material roll thereon, and wherein at least one of said web material rolls includes first and second core sections, said core sections being spaced apart from each other defining a gap therebetween, and further including a web material wound onto said core sections; and wherein said cut-out is positioned within said gap when the at least one web material roll is positioned on the spool.

**12**. A web material dispenser, comprising:

a housing;

a spider rotatably mounted within the housing, said spider rotatable about an axis extending through a center of the spider;

a plurality of spools connected to said spider and projecting therefrom in a direction parallel to said axis, said spools being rotatable with said spider along a rotation path spaced from said axis; and

a stop fixed to said housing, said stop including a first portion extending parallel to said spools and a second portion extending perpendicular to said first portion and to said spools, said second portion extending toward and crossing a central rotation path of said spools.

**13**. A web material dispenser, comprising:

a housing;

a spider rotatably mounted within the housing, said spider rotatable about an axis extending through a center of the spider;

a plurality of spools connected to said spider and projecting therefrom in a direction parallel to said axis, said spools being rotatable with said spider along a rotation path spaced from said axis; and

a stop fixed to said housing, said stop including a first portion extending parallel to said spools and a second portion extending perpendicular to said first portion and to said spools, said second portion extending toward and crossing an outer rotation path of said spools.

**14**. A method of forming a roll of toilet tissue, comprising:

providing an elongate, generally cylindrical tube having a longitudinal axis;

forming a plurality of generally cylindrical core sections from said tube, at least two of said core sections having a combined length that is less than the width of toilet tissue to be wound onto the two core sections;

aligning and separating said two core sections such that longitudinal axes of said core sections are colinear and there is a gap between said two core sections; and

winding toilet tissue onto said two core sections.

**15**. The method of claim **14**, wherein said two core sections are separated such that the combined length of said two core sections and said gap is equal to the width of said toilet tissue.

**16**. The method of claim **14**, wherein said two core sections each have the same length.

**17**. A roll of toilet tissue produced according to the method of claim **14**.

**18**. A method of using a toilet tissue roll having first and second colinear core sections spaced apart from each other defining a gap therebetween, and toilet tissue wound onto said core sections and simultaneously contacting each said core section, the method comprising:

mounting the roll in a dispenser to dispense the toilet tissue, said dispenser including a sensing mechanism tat senses the toilet tissue; and

maintaining a substantially colinear relationship of the first and second core sections within the dispenser when the sensing mechanism senses substantial depletion of the toilet tissue.

**19**. A combination comprising:

a web material roll comprising first and second core sections, said core sections being spaced apart from each other defining a gap therebetween, and a web material wound onto said core sections and simultaneously contacting each said core section; and

a web material dispenser that dispenses said web material from said roll, said dispenser including a housing, a spool mounted within said housing and rotatable relative to said housing along a rotation path and that receives said roll thereon, a sensing mechanism that engages said web material on said roll to prevent rotation of said spool along said rotation path; and

and wherein said gap permits rotation of said spool along said rotation path when said sensing mechanism senses a sufficient depletion of said web material from said roll.

**20**. The combination of claim **19**, wherein said sensing mechanism comprises a stop that includes a first portion extending parallel to said spool and a second portion extending perpendicularly to said first portion, said second portion is positioned to engage said web material, and said second

US 6,491,251 B1

9

10

portion is design to force one said core section toward the other said core section when said web material has been sufficiently depleted.

**21**. The combination of claim **19**, wherein said sensing mechanism comprises a stop that includes a first portion extending parallel to said spool and a second portion extend-

ing perpendicularly to said first portion, said second portion is positioned to engage said web material, and said second portion extends into said gap when said web material has been sufficiently depleted.

*   *   *   *   *

# EXHIBIT B

US006648267B2

(12) **United States Patent**
Stanland et al.

(10) **Patent No.:  US 6,648,267 B2**
(45) **Date of Patent:  \*Nov. 18, 2003**

(54) **DOUBLE CORE TISSUE ROLL, DISPENSER AND METHOD**

(75) Inventors: **Mark Harrison Stanland**, Lexington, KY (US); **Steven M. Slye**, Harrodsburg, KY (US); **Douglas E. Bagan**, Harrodsburg, KY (US); **Alain P. Cotnoir**, Danville, KY (US); **Randy A. Baughman**, Harrodsburg, KY (US); **Adam T. Elliott**, Lexington, KY (US)

(73) Assignee: **Bay West Paper Corporation**, Harrodsburg, KY (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/015,051**

(22) Filed: **Dec. 11, 2001**

(65) **Prior Publication Data**

US 2002/0050544 A1 May 2, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/521,834, filed on Mar. 9, 2000.

(51) **Int. Cl.$^7$** .............................................. **B65H 19/00**
(52) **U.S. Cl.** ..................................... **242/559.2;** 242/613
(58) **Field of Search** ............................. 242/559.2, 600, 242/613, 160.4, 160.1, 599, 596.7

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,108,855 A | 8/1914 | Simons | |
| 1,716,812 A | 6/1929 | Ball | |
| 2,299,626 A | 10/1942 | Hunt | |
| 2,703,681 A | 3/1955 | Jacobs | |
| 2,726,823 A | 12/1955 | Jespersen | |
| 2,905,405 A | 9/1959 | Burton et al. | |
| 3,084,006 A | 4/1963 | Roemer | |
| 3,085,762 A | 4/1963 | Subklew | |
| 3,126,234 A | 3/1964 | Batlas et al. | |
| 3,211,504 A | 10/1965 | Bump | |
| 3,214,014 A | 10/1965 | Perrin | |
| 3,294,329 A | 12/1966 | Tucker et al. | |
| 3,381,909 A | 5/1968 | Tucker et al. | |
| 3,387,902 A | 6/1968 | Perrin et al. | |
| 3,433,355 A | 3/1969 | Smith | |
| 3,437,388 A | \* 4/1969 | Jespersen | 242/560.3 |
| 3,438,589 A | \* 4/1969 | Jespersen | 206/408 |
| 3,650,487 A | 3/1972 | Bahnsen | |
| 4,108,513 A | 8/1978 | Lander | |
| 4,108,547 A | 8/1978 | Stemmle | |
| 4,522,346 A | 6/1985 | Jespersen | |
| 4,557,426 A | 12/1985 | Siciliano | |
| 4,903,909 A | 2/1990 | Suzuki | |
| 5,236,141 A | 8/1993 | Kewin | |
| 5,310,129 A | 5/1994 | Whittington et al. | |
| 5,356,086 A | \* 10/1994 | Takagi | 242/596.7 |
| 5,605,001 A | 2/1997 | Derk | |
| 5,636,812 A | 6/1997 | Conner et al. | |
| 5,749,538 A | 5/1998 | Brown et al. | |
| 5,829,713 A | 11/1998 | Kewin | |
| 5,833,169 A | 11/1998 | Morand | |
| 6,302,352 B1 | \* 10/2001 | Applegate | 242/129.53 |
| 6,386,479 B1 | \* 5/2002 | Lewis et al. | 242/594.4 |
| 6,491,251 B1 | \* 12/2002 | Stanland et al. | 242/559.2 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2245882 | 1/1992 |
| NL | 8602194 | 3/1988 |

\* cited by examiner

*Primary Examiner*—Emmanuel Marcelo
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57) **ABSTRACT**

An improved web material dispenser that is designed to dispense web material, such as toilet tissue or the like. The dispenser is able to retain a roll containing tissue at a dispensing position until the tissue has been exhausted from the roll. The dispenser senses that the tissue is exhausted from the roll, and only then permits a reserve roll to be rotated into a dispensing position. Thus, the dispenser ensures that the tissue from each roll is used up before permitting access to a reserve roll. The invention also provides a new web material roll that utilizes a "double core", as well as a method of making the "double core".

**11 Claims, 5 Drawing Sheets**





FIG 1





FIG.8

FIG.9

FIG.6

FIG.7



FIG.10

FIG. 12



FIG. 11



US 6,648,267 B2

**1**

## DOUBLE CORE TISSUE ROLL, DISPENSER AND METHOD

This application is a continuation of application Ser. No. 09/521,834, filed on Mar. 9, 2000, now U.S. Pat. No. 6,491,251 B1, issued on Dec. 10, 2002, which application is incorporated herein by reference.

### FIELD

This invention relates to the dispensing of web material such as toilet tissue, paper towels and the like, from rolls of web material contained within a dispenser. This invention further relates to improved rolls that contain web material for use with a dispenser, and to methods of forming such rolls. The inventive concepts will be described hereinafter primarily in relation to toilet tissue dispensers and toilet tissue rolls. It is to be realized that the inventive concepts described herein have applications to other types of web materials in addition to toilet tissue, including, but not limited to, paper towels.

### BACKGROUND

There has been continuing effort over the years to provide toilet tissue dispensers that store multiple rolls of toilet tissue and sequentially dispense the rolls. One of the advantages provided by these types of dispensers is that a reserve roll (or rolls) is available as a replacement for the roll that is currently in use.

To avoid tissue waste, it is important that the roll currently in use be depleted to its fullest extent before allowing the user to access a replacement roll. Devices that attempt to achieve such a result using a variety of methods are known in the prior art, as exemplified in U.S. Pat. Nos. 3,294,329; 3,381,909; 3,387,902; 4,108,513; 4,522,346; 4,577,426; 5,310,129; 5,636,812; and 5,749,538.

There is, however, a continuing need for improved toilet tissue dispensers that inhibit access to a replacement roll until the roll currently in use is depleted.

### SUMMARY

The invention provides an improved web material dispenser that is designed to dispense web material, such as toilet tissue or the like. The web material dispenser comprises a housing, with a spider rotatably mounted within the housing for rotation about an axis extending through a center of the spider. A plurality of spools are connected to the spider and project therefrom in a direction parallel to the rotation of the spider axis. The spools are rotatable with the spider along a rotational path spaced from the axis. A core stop is fixed to the housing, with the core stop crossing the rotational path of the spools to prevent rotation of the spider until the tissue has been substantially depleted or exhausted from the roll.

In addition to the web material dispenser, the invention provides an improved web material roll for use in the inventive web material dispenser described herein or in other web material dispensers, as well as a method of making the roll.

In one version as claimed, a web material roll includes first and second core sections, with the core sections being spaced apart from each other to define a gap therebetween. In addition, a web material is wound onto the core sections.

A method of forming a core for this type of web material roll comprises providing an elongate, generally cylindrical tube having a longitudinal axis; cutting the tube into a

**2**

plurality of generally cylindrical sections, with each of the sections having a length approximately equal to a width of web material to be wound onto the roll; and removing a predetermined length from proximate the center of at least one of the sections to form first and second core sections, whereby the combined length of the first and second core sections is less than the width of the web material to be wound thereon.

These and various other advantages and features of novelty which characterize the invention are pointed out with particularity in the claims annexed hereto and forming a part hereof. However, for a better understanding of the invention, its advantages and objects obtained by its use, reference should be made to the drawings which form a further part hereof, and to the accompanying description, in which there is described a preferred embodiment of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front view of the web material dispenser, with the front housing portion open relative to the rear housing portion to show the interiors thereof and with the spider and core stop removed from the rear housing portion.

FIG. 2 is a front view of the rear housing portion showing the spider and core stop.

FIG. 3 is a side view of the core stop and the roll at the dispensing position, viewed generally in the direction 3—3 in FIG. 2.

FIG. 4 is a view similar to FIG. 2 showing rotation of the spider upon depletion of the web material from the roll at the dispensing position.

FIG. 5 is a cross-sectional view of the core stop and core taken along line 5—5 in FIG. 4.

FIG. 6 illustrates a dispenser using a second embodiment of a core stop.

FIG. 7 is a side view of the core stop and the roll at the dispensing position, viewed generally in the direction 7—7 in FIG. 6.

FIG. 8 is a view similar to FIG. 6 showing rotation of the spider upon depletion of the web material from the roll at the dispensing position.

FIG. 9 is a cross-sectional view of the core stop and core taken along line 9—9 in FIG. 8.

FIG. 10 illustrates a tube that is used to form the core of the web material roll.

FIGS. 11 and 12 are a side view and a perspective view, respectively, of the web material roll utilizing a core that is formed from the tube in FIG. 10.

### DETAILED DESCRIPTION

The web material rolls and the methods of making the rolls will first be described by referring to FIGS. 10–12. The web material roll and related method described herein are specifically directed to rolls of toilet tissue. However, it is to be realized that the inventive concepts could be used in relation to other types of web material rolls that have a core and a web material wound onto the core, such as paper towel rolls. In addition, the inventive web material rolls are described as being used on the inventive web material dispensers described herein. It is to be realized that the web material rolls could be used with other types of web material dispensers in addition to the dispensers described herein.

FIGS. 10–12 illustrate the toilet tissue roll and method of forming the core thereof. This roll uses what can be referred to as a "double core". Initially, as illustrated in FIG. 10, an

US 6,648,267 B2

3

elongate, generally cylindrical tube 12 having a longitudinal axis A—A is provided. The tube 12 is then cut at points 14a, 14b, . . . 14n to form a plurality of equal length sections 16a, 16b, . . . 16n having a width approximately equal to the width of toilet tissue. A portion 18 (shown in hatched lines) proximate the center of each section 16a–n is then removed by cutting to form core two core sections 20a, 20b. The combined-length of the core sections 20a, 20b is thus less than the width of the toilet tissue to be wound onto the core sections 20a, 20b. In one implementation, the portion 18 that is removed from each section 16a–n preferably has a length l of approximately 2.0 inches, so that the combined length of the core sections 20a, 20b is approximately 2.0 inches shorter in length than the tissue to be wound thereon. The tube 12 can have any convenient length from which a plurality of core sections can be formed, such as a length of approximately 115.0 inches.

Once the core sections 20a, 20b are formed, toilet tissue 22 is wound onto the core sections 20a, 20b with the core sections 20a, 20b being spaced apart from each other, as is evident from FIGS. 11 and 12 which illustrate a subsequently formed toilet tissue roll. As is further evident from FIGS. 11 and 12, the core sections 20a, 20b include ends 24a, 24b that face each other and which are spaced apart by approximately the distance l thereby forming a gap 25. The core sections 20a, 20b further include ends 26a, 26b that are even with the opposite side surfaces 28 of the tissue 22. Thus, there is a portion of the tissue 22 approximately midway between the side surfaces 28 that is not core supported due to the gap 25 between the ends 24a, 24b of the core sections 20a, 20b. The gap 25 between the core sections 20a, 20b remains until such time as the tissue 22 is substantially depleted from the roll.

As will be described below, the gap 25 between the core sections 20a, 20b facilitates sensing that the tissue is substantially depleted or exhausted from the roll. It is to be realized that the core sections 20a, 20b could be formed using methods other than that described above. For instance, instead of removing a single portion at the center of each section, portions could be removed from each end of a section and the section then cut in half to thereby form the core sections.

One implementation of a web material dispenser 50 is illustrated in FIGS. 1–5. With reference to FIG. 1, the dispenser 50 includes a rear housing portion 52 and a front housing portion 54 pivotally connected to the rear housing portion 52 at the bottom ends thereof via pivots 56. The housing portions 52, 54 include cooperating locking structures 58a, 58b at the top ends thereof, by which the housing portions 52, 54 can be locked together to form an enclosure for a plurality of rolls of toilet tissue.

The housing portions 52, 54 are generally circular in shape, with each including a generally circular end wall 60, 62 and a generally circular sidewall 64, 66. The end walls 60, 62 and sidewalls 64, 66 combine to form an interior space when the housing portion 54 is pivoted upward from the position shown in FIG. 1 and connected to rear housing portion 52, via the locking structures 58a, 58b. When the housing portions 52, 54 are locked together, the end walls 60, 62 face each other and the sidewalls 64, 66 fit together to form an enclosure. A dispensing opening 70 is formed by the sidewalls 64, 66 at the bottoms thereof through which tissue from one of the tissue rolls is dispensed.

The end wall 60 of the housing portion 52 is further provided with a plurality of slots 72 by which the housing portion 52 can be mounted to a wall or other fixed structure using bolts, screws or other suitable fasteners.

4

With reference to FIGS. 2 and 4, a spider 78 is rotatably mounted on the rear housing portion 52 for rotation about a central axis B in a clockwise direction as shown by the arrows in FIGS. 2 and 4. The spider 78 is generally circular in shape and includes a central boss 80 projecting from the center thereof parallel to the rotation axis B and toward the front housing portion 54. The boss 80 is sized to rotatably fit over a cylindrical hub 82 (best seen in FIG. 1) that projects from the end wall 60 of the rear housing portion 52 in the direction of the axis B. The boss 80 and hub 82 are preferably secured together via a snap fit connection that detachably connects the boss 80 and hub 82 together while permitting rotation of the boss 80, and thus the spider 78, on the hub 82.

In addition, an x-shaped formation 90, visible in FIGS. 1, 2 and 4, projects from the top end of the boss 80. Further, an actuation disk 92, shown in dashed lines in FIG. 1, is rotatably mounted on the front housing portion 54. The disk 92 is disposed on the exterior side of the end wall 62 whereby the disk is accessible from outside the housing 52, 54 by a user in order to rotate the spider 78. A plurality of circumferentially spaced fingers 94 project rearwardly from the disk 92 toward the rear housing portion 52, with a gap between each adjacent finger 94. The x-shaped formation 90 and the fingers 94 are sized such that they engage when the front housing portion 54 is pivoted to the closed position relative to the rear housing portion 52, with x-shaped formation 90 disposed within the gaps between the fingers 94. With this construction, rotation of the disk 92 causes rotation of the spider 78. A pair of diametrically opposite fingers 94 each include a shoulder 96 formed thereon which fit over a boss 98 projecting from the interior surface of the end wall 62 so as to rotatably secure the disk 92 to the end wall 62.

Returning to FIGS. 2 and 4, the spider 78 is shown to include a plurality of spools 100a–d, in this instance four spools, projecting from the spider 78 parallel to the axis B, with the spools disposed adjacent to the circumference of the spider 78. The spools 100a–d are spaced at 90 degree intervals around the spider 78. However, it would be possible to use a larger or lesser number of spools, depending upon the size of the tissue rolls and the needs of the consumer, in which case the spools would be spaced at intervals of 360 degrees divided by the number of spools. Each spool 100a–d is sized to receive thereon a tissue roll 102.

As shown in FIGS. 2 and 4, the circumference of the spider 78 is provided with a plurality of detents 104. Preferably, there is one detent 104 for each spool 100a–d disposed on the spider 78. A resilient indexing finger 106 is fixed at a first end thereof to the rear housing portion 52 and the second end thereof extends toward the spider for engagement within one of the detents 104. When the end of the finger 106 engages in a detent 104, rotation of the spider 78 in a counterclockwise direction is prevented, and one roll 102 is held at a dispensing position while a second roll 102 is at a reserve position (see FIG. 2). However, rotation of the spider 78 in a clockwise direction is selectively permitted, as described below.

A core stop 110 is further fixed to the rear housing portion 52 and extends along a radial axis toward the boss 80 of the spider 78 and into the rotation path of the spools 100a–d and rolls 102. The rotation path of the spools 100a–d is shown in dashed lines in FIG. 4, and includes an outer rotation path $P_o$ defined by the radially outermost point of the spools 100a–d as the spider rotates, an inner rotation path $P_i$ defined by the radially innermost point of the spools, and a central

US 6,648,267 B2

5

rotation path $P_o$ defined by the central point of the spools. As used herein, rotation path is meant to include at least one of the paths $P_o$, $P_c$, and $P_i$.

The core stop 110, as best seen in FIG. 5, includes a first portion 112 extending parallel to the spools 100$a$–$d$ and a second portion 114 that extends perpendicular to the spools. The second portion 114 extends toward and crosses the outer, central and inner rotation paths of the spools 100$a$–$d$ and includes a bottom edge 116 that is spaced a distance d above the spider 78. Further, as illustrated in FIG. 3, the second portion 114 includes a front surface 118 that is sloped toward the bottom edge 116 in the direction of rotation of the spider 78.

With reference to FIGS. 2–5, a "double core" type of roll, such as the roll described in FIGS. 11 and 12, is loaded onto each spool 100$a$–$d$. The rolls 102 are shown as being mounted onto the spools 100$a$–$d$ such that the core sections 20$a$ are above the core sections 20$b$. However, the rolls 102 could be mounted such that the core sections 20$b$ are positioned above the core sections 20$a$.

As shown in FIG. 3, the distance $d_r$ between the side surfaces 28 of the tissue 22 is greater than the distance d between the bottom edge 116 of the second portion 114 of the core stop 110 and the spider 78. Thus, the tissue 22 will contact the second portion 114 of the core stop 110, if a user tries to rotate the spider 78, and thereby prevent clockwise rotation of the spider 78. The tissue 22 will retain the core sections 20$a$, 20$b$ in their spaced apart condition until such time as the tissue 22 has been substantially depleted or exhausted from the roll, and rotation of the spider 78 will be prevented. It is important to realize that the distance d is greater than the length of the spools 100$a$–$d$, as evident from FIG. 5, such that, during rotation of the spider 78, the spools can travel under the bottom edge 116 of the core stop 110.

However, referring to FIGS. 4 and 5, once the tissue 22 has been substantially depleted or exhausted, if a user rotates the spider 78 in a clockwise direction, the angled front surface 118 will cause the core section 20$a$ to be forced downward toward the core section 20$b$. Thus, as evident from FIG. 5, the core sections 20$a$, 20$b$ and the spool 100$a$ can travel under the bottom edge 116 to permit the spider 78 to be rotated so as to bring the next reserve tissue roll into the dispensing position.

Thus, the core stop 110 acts as a means for sensing that the tissue has been exhausted from the roll currently at the dispensing position. Once the tissue has been exhausted, the spider can be manually rotated in the clockwise direction to bring the reserve roll to the dispensing position. Since the reserve roll has tissue thereon, the tissue contacts the core stop 110 and prevents further rotation of the spider until the reserve roll is itself exhausted of tissue.

FIGS. 6–9 illustrate another embodiment of a dispenser 150. The dispenser 150 is similar to the dispenser 50 of FIGS. 1–5, except that the dispenser 150 uses a different core stop 152. The core stop 152 in FIGS. 6–9 is configured to function with the gap 25 between the core sections 20$a$, 20$b$ in order to sense the depletion of tissue from the roll.

With reference to FIG. 9, it is seen that the core stop 152 includes a vertical portion 154 extending parallel to the spools. A finger 156 projects from the vertical portion 154 approximately midway along the length thereof, and extends along a radial axis toward the boss 80 of the spider 78. In this embodiment, the distal end of the finger 156 preferably extends at least past the outer rotation path $P_o$ defined by the radially outermost point of the spools 100$a$–$d$, but no further than the central rotation path $P_c$. Preferably, the end of the

6

finger is located adjacent the central rotation path, although the end could be located between the outer and central paths as well. Each spool 100$a$–$d$ is formed with a cut-out 158 that, when a roll 102 is mounted on each spool, is positioned adjacent the gap 25. The cut-out 158 is defined over approximately one-half of the circumference of each spool.

The core stop 152 functions as follows. When tissue 22 in the roll 102, the tissue 22 will contact the finger 156 and rotation of the spider 78 is prevented. The spider will be prevented from rotating as long as tissue remains on the roll. However, once the tissue 22 has been substantially depleted or exhausted, the cut-out 158 will be uncovered, and the finger 156 can then pass through the cut-out 158 in the spool 100$a$ to permit rotation of the spider to bring the next reserve roll to the dispensing position. Thus, in this embodiment, the core sections 20$a$, 20$b$ remain generally spaced apart.

It is contemplated that rotation of the spider 78 could be caused by a user when a small amount of tissue remains on the roll, in which case sufficient force would need to be applied to overcome the force of the tissue that remains covering the gap 25 and the cut-out 158. Under most circumstances, the force required to produce such a rotation would be sufficiently large so as to deter rotation until the tissue has been substantially depleted or exhausted.

It is to be realized that the dispensers 50, 150 described herein could be utilized with tissue rolls other than those described herein and still be in accordance with the principles of the invention. Furthermore, the tissue rolls described herein could be utilized on dispensers other than those described herein and still be in accordance with the principles of the invention.

The above specification, examples and data provide a complete description of the manufacture and use of the composition of the invention. Since many embodiments of the invention can be made without departing from the spirit and scope of the invention, the invention resides in the claims hereinafter appended.

We claim:

1. A web material dispenser, comprising:

a housing;

a plurality of spools at least one of which is disposed within said housing, a first one of said spools is configured to receive a first web material roll thereon for dispensing web material from the first roll, and a second one of said spools is configured to receive a second web material roll thereon for dispensing web material from the second roll, each of said first and second rolls includes first and second core sections disposed on the respective spool in a colinear relationship, a web material wound onto the core sections, and the core sections being spaced apart from each other and defining a gap therebetween;

wherein the dispenser is configured to dispense web material from the first roll and the second roll is a reserve roll, and the dispenser includes a sensor that is configured for sensing when the web becomes depleted front the first roll, wherein said sensor cooperates with the gap in the first roll while the core sections thereof are disposed on the spool to sense deletion of web material therefrom; and

wherein when depletion of web material from the first roll is sensed, the dispenser is configured to dispense web material from the second roll.

2. The web material dispenser according to claim 1, wherein said sensor is configured to reduce the gap between the core sections of the first roll when the web material is depleted therefrom.

US 6,648,267 B2

7

**3**. The web material dispenser according to claim **1**, wherein said sensor extends into said gap upon deletion of web material from the first roll.

**4**. The web material dispenser according to claim **1**, wherein the colinear relationship of the first and second core sections on the spool is substantially maintained once the web material is depleted from the first roll.

**5**. A method of forming a roll of web material, comprising:

providing an elongate, generally cylindrical tube having a longitudinal axis;

forming a plurality of generally cylindrical core sections from said tube, at least two of said core sections having a combined length that is less than the width of web material to be wound onto the two core sections;

aligning and separating said two core sections such that longitudinal axes of said core sections are colinear and there is a gap between said two core sections; and

winding web material onto said two core sections.

**6**. The method of claim **5**, wherein said two core sections are separated such that the combined length of said two core sections and said gap is equal to the width of said web material.

8

**7**. The method of claim **6**, wherein the web material is a paper based web material.

**8**. The method of claim **7**, wherein the web material comprises paper towels.

**9**. The method of claim **5**, wherein said two core sections each have the same length.

**10**. A roll of web material produced according to the method of claim **5**.

**11**. A method of using a web material roll having first and second colinear core sections spaced apart from each other defining a gap therebetween, and web material wound onto said core sections and simultaneously contacting each said core section, the method comprising:

mounting the roll in a dispenser to dispense the web material, said dispenser including a sensing mechanism that senses the web material; and

maintaining a substantially colinear relationship of the first and second core sections within the dispenser when the sensing mechanism senses substantial depletion of the web material.

\* \* \* \* \*